# SIGLER LAW, LLC

Attorney At Law

**Daniel J. Sigler, Attorney**

Rhonda M. Conrad, Paralegal

August 5, 2019

19 AUG -7 AM 11: 39

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

Ms Anna M. Mallong
Mr. Paul D. Mackowski
CANTRELL STRENSKI & MEHRINGER, LLP
150 W. Market Street, Suit e800
Indianapolis, IN 46204
amallon@csmlawfirm.com
pmackowski@csmlawfirm.com

Mr. Randal S. Forbes
Mr. Jason S. Rodman
312 N. Wayne Streeet
Angola, IN 46703
Randalforbes@forbesrodman.com
Jasonrodman@forbesrodman.com

Mr. Joseph A. Christoff, Jr.
CHRISTOFF & CHRISTOFF
Suite 22, 130 W. Main St.
Fort Wayne, IN 46802
kristine@christofflaw.com



Mr. William Ramsey
BARRETT McNAGNY
215 e. Berry Street
Fort Wayne, IN 46802
war@barrettlaw.com

      Re: Mediation - National Mutual Ins. V. Hohenberger & Case
          Cause No. 1:19-cv-79

Dear Counsel:

I wish to report the status of the above mediation as follows:

**Mediation Session:** Tuesday, November 5, 2019, commencing at 9:00 a.m., reserving **all day**, to be held at the office of SIGLER LAW, LLC, 127 W. Berry Street, Suite 1000, Star Building, Fort Wayne, IN 46802.

**Confidential Statements:** Submit by **October 29, 2019** to me at 127 W. Berry Street, Suite 1000, Fort Wayne, Indiana 46802. These statements will not be shared with opposing counsel. It would be helpful to me if your Confidential Statements include the following:

1. Statement of facts, including summary of specials and other damages;

2. Contentions and analysis of the case, including your observations of the strengths and weaknesses of each side;

---

127 W. Berry Street, Suite 1000, Star Building, Fort Wayne, IN 46802
Telephone: (260 )755-1583 Facsimile: (260) 420-1182
E-Mail Addresses:  Daniel J. Sigler - dan@siglerlawllc.com
Rhonda M. Conrad - rhonda@siglerlawllc.com
Website: www.siglerlawllc.org

SIGLER LAW, LLC

Page 2
July 17, 2019

3. Identification and amounts of subrogation liens and other collateral source factors, as well as your sense of whether and to what extent the same can be compromised;

4. Status of litigation;

5. The history and present status of settlement efforts; and

6. Your opinions and the basis of verdict ranges and probabilities.

**Mediation Agreement:** Submitted herein. Please provide your respective copy of the such Agreement at the mediation session.

Please be advised that it will enhance our mediation efforts if we have all appropriate parties and representatives present for the above-listed mediation session. This directive mayhave particular significance if there exists a large subrogation lien(s), and the presence of the holder(s) is appropriates to facilitate and resolve all issues. Therefore, if the lienholder(s) should be included at the mediation session, kindly advise forthwith, so I can issue my request for their attendance.

Again, if there are additional suggestions or directions which might facilitate a successful mediation, please feel free to bring the same to my attention.

Sincerely,
SIGLER LAW, LLC

Daniel J. Sigler

DJS:rmc
Enclosure
cc: U.S. District Court - Ft. Wayne Division
** **Please note scheduling charges in the ADR Agreement in the event the mediation is removed from the scheduled date.**

127 W. Berry Street, Suite 1000, Star Building, Fort Wayne, IN 46802
Telephone: (260)755-1583 Facsimile: (260) 420-1182
E-Mail Addresses: Daniel J. Sigler - dan@siglerlawllc.com
Rhonda M. Conrad - rhonda@siglerlawllc.com
Website: www.siglerlawllc.org

FT WAYNE IN 468

06 AUG 2019 PM 1 T

SIGLER LAW, LLC
127 W. Berry Street, Suite 1000
Fort Wayne, IN 46802

Clerk of United States District Court
Northern District- Ft. Wayne Division
1108 Federal Bldg.
1300 S. Harrison St.
Fort Wayne, IN 46802